**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES LANDRUM,               )<br>                              )<br>          Petitioner,          )<br>                              )<br>     v.                       )<br>                              )<br>GARY SWARTHOUT,               )<br>                              )<br>          Respondent.         )<br>_____) | NO. CV 14-9427-PSG(E)<br><br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED:  _February 4, 2015.

_____
PHILLIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE